```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**                      **CRIMINAL NO. 1:16CR07-03**
                                            **(Judge Keeley)**

**DEBRA BOLDEN**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 61), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On April 4, 2016, the defendant, Debra Bolden ("Bolden"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of guilty to Count Seven of the Indictment. Bolden stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Bolden's statements during the plea hearing and the testimony of Sergeant John Rogers, West Virginia State Police, the magistrate judge found that Bolden was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 61), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On April 4, 2016, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 61) finding a factual basis for the plea and recommended that this Court accept Bolden's plea of guilty to Count Seven of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Bolden's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Seven of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. BOLDEN                                            1:16CR07-03

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 61),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of Bolden and prepare a presentence report for the Court;

2. The Government and Bolden are to provide their versions of the offense to the probation officer by **May 4, 2016**;

3. The presentence report is to be disclosed to Bolden, defense counsel, and the United States on or before **July 5, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **July 18, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **August 1, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 15, 2016.**

**USA v. BOLDEN**  1:16CR07-03

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 61), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge placed Bolden on bond pursuant to an Order Setting Conditions of Release (dkt. no. 27) entered on February 9, 2016. The magistrate judge modified Bolden's conditions of release pursuant to an Order entered on February 18, 2016 (dkt. no. 43).

The Court will conduct the sentencing hearing for the defendant on **Monday, August 22, 2016,** at **11:00 A.M.**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: April 20, 2016

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE